1
2
3
4                                               JS - 6
5
6
7
8                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
10
11   FRANK MONACO BAZZO,            )   Case No. EDCV 12-02112-CJC (DTB)
                                    )
12                  Petitioner,     )
             vs.                    )   **J U D G M E N T**
13                                  )
     J. SOTO, Warden,               )
14                                  )
                    Respondent.     )
15                                  )
                                    )
16   _____ )

17        Pursuant to the Order Accepting Findings, Conclusions and Recommendations
18   of United States Magistrate Judge,
19        IT IS ADJUDGED that the action is dismissed with prejudice.
20
21   DATED: June 2, 2015
22
23
24                            THE HONORABLE CORMAC J. CARNEY
                              UNITED STATES DISTRICT JUDGE
25
26
27
28

                                    1